**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| | : | VIOLATIONS: |
| | : | |
| JOSUE CUESTA LEON, | : | 21 U.S.C. § 960a |
| a/k/a "Don Julio," a/k/a "Josue," | : | (Engaging in conduct violating 21 U.S.C. |
| and "El Viejo," a/k/a "El Gordo," | : | Section 841(a), knowing and intending to |
| | : | provide anything of pecuniary value to a |
| JOSE FERNANDO ROMERO MEJIA, | : | person or organization engaged in |
| a/k/a "Morocho," a/k/a "Alex," and | : | terrorism or terrorist activity) |
| a/k/a "La Negra," | : | |
| | : | 21 U.S.C. § 841(a) |
| Defendants. | : | (Manufacture, distribute, possess with |
| | : | intent to distribute controlled substance) |
| | : | |
| | : | 21 U.S.C. § 846 |
| | : | (Attempt and Conspiracy) |
| | : | |
| | : | 21 U.S.C. § 841(b) |
| | : | (Penalties) |
| | : | |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| | : | |
| | : | 21 U.S.C. § 853 |
| | : | (Notice of Forfeiture) |
| | : | |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

From sometime in 2003 and continuing thereafter up to and including November 12, 2007, the exact dates being unknown to the Grand Jury, in Colombia, Venezuela, Suriname and

1

other countries, the defendants, JOSUE CUESTA LEON, a/k/a "Don Julio," a/k/a "Josue," a/k/a "El Viejo," and a/k/a "El Gordo" and JOSE FERNANDO ROMERO MEJIA, a/k/a "Morocho," a/k/a "Alex," and a/k/a "La Negra,", and others unknown to the Grand Jury and not indicted herein, did knowingly, intentionally and unlawfully engage in conduct that would be punishable under Title 21, United States Code, Section 841(a), if committed within the jurisdiction of the United States, that is, to knowingly and intentionally conspire to manufacture, distribute, and possess with intent to distribute: (5) five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; knowing and intending to provide, directly and indirectly, anything of pecuniary value to any person and organization that has engaged and engages in terrorist activity and terrorism, having knowledge that the said person and organization has engaged and engages in terrorist activity and terrorism; all in violation of Title 21, United States Code, Sections 960a, 841(a), 841(b)(1)(A)(ii), 846 and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

1.      The allegation in Count 1 of this indictment is realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of the offense alleged in Count 1, the defendants, JOSUE CUESTA LEON, a/k/a "Don Julio," a/k/a "Josue," a/k/a "El Viejo," and a/k/a "El Gordo" and JOSE FERNANDO ROMERO MEJIA, a/k/a "Morocho," a/k/a "Alex," and a/k/a "La Negra," shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly

as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violation alleged in Count 1 of this indictment.

      3.      If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

      All in violation of Title 21, United States Code, Section 853.

      A TRUE BILL:

      _____
      FOREPERSON

Kenneth A. Blanco, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530

By:   _____
      James A. Faulkner, Trial Attorney
      Narcotic and Dangerous Drug Section
      Criminal Division
      U.S. Department of Justice
      Washington, D.C. 20530