**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **1:08-CR-00048 (RCL)** |
| | : | |
| | : | |
| **JOSE CUESTA LEON,  et al.** | : | |

**DEFENDANTS' MOTION TO DISMISS INDICTMENT**

Jose Cuesta Leon and Jose Fernando Romero Mejia, by and through undersigned counsel,
respectfully request that this Court dismiss the Indictment against them.  In support of this Motion
the defendants state as follows:

1.    On March 4, 2008, the Grand Jury returned a one count Indictment against Jose
Cuesta Leon and Jose Fernando Romero Mejia, charging them with a violation of 21 U.S.C. § 960a.
The indictment charges that the defendants conspired to engage in narcotics trafficking in Colombia,
Venezuela, Suriname, and other countries, "knowing and intending to provide, directly and
indirectly, anything of pecuniary value to any person and organization that has engaged and engages
in terrorist activity and terrorism . . . in violation of Title 21, United States Code, Sections 960a,
841(a) and (b)(1)(A)(ii), 846, 963 and Title 18, United States Code, Section 2.

2.    The defendants contend that the indictment against them must be dismissed for the
following reasons.  First, the indictment is defective because it does not allege all the elements of the
offense; does not state an offense against the United States;  does not put defendants on notice that
the conduct is a crime, in violation of the Fifth and Sixth Amendments to the United States

constitution.  Second, the extraterritorial application of 21 U.S.C. § 960a in this case violates the Due

Process Clause of the Fifth Amendment.  Third, 21 U.S.C. § 960a is unconstitutional facially, and as

applied in this case, in part because Congress exceeded its authority to legislate extraterritorial

"narco-terrorism" conduct.

      WHEREFORE, for the reasons set forth in the attached memorandum, and for any additional

reasons adduced at a hearing on the motion, Mr. Cuesta Leon and Mr. Romero Mejia respectfully

request that the Indictment against them be dismissed.

Respectfully submitted,


Law Office of Howard B. Katzoff


/s/
_____

By:    Howard B. Katzoff
       D.C. Bar # 348292
       717 D Street, NW Suite 310
       Washington, D.C. 20004
       (202) 783-6414
       *Counsel for Jose Fernando Romero Mejia*

and


Law Office of A. Eduardo Balarezo


/s/
_____

By:    A. Eduardo Balarezo
       D.C.  Bar # 462659
       400 Fifth Street, NW Suite 300
       Washington, D.C. 20001
       (202) 639-0999
       *Counsel for Josue Cuesta Leon*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendants' Joint Motion To Dismiss

Indictment and attached Memorandum In Support Thereof was served by electronic case filing

on government counsel and all parties of record this  5th  day of  July , 2010.

<div style="margin-left:auto; text-align:left;">

Law Office of  Howard B. Katzoff

/s/

_____

By:    Howard B. Katzoff

</div>